| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS<br>SUPERIOR COURT DEPARTMENT<br>COUNTY: MIDDLESEX | MICV<br>DOCKET NO. 2009-02039 |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| JOHN CORBETT | (1) RED HAWK INDUSTRIES, LLC<br>(2) RAHUL GHAI, INDIVIDUALLY<br>(3) HAROLD FOLSOM, INDIVIDUALLY |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (IF KNOWN) |
|---|---|
| TODD BENNETT BBO# 643185<br>RYAN CIPORKIN BBO # 667479<br>CORRIGAN BENNETT & BELFORT, P.C.<br>24 THORNDIKE STREET, SUITE 300<br>CAMBRIDGE, MA 02141<br>(617) 577-8800 | |

Origin code and track designation

Place an x in one box only:
[X] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A01 | SERVICES PERFORMED | F | Yes/No (Yes circled) |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

TORT CLAIMS
(Attach additional sheets as necessary)
A. Documented medical expenses to date:
  1. Total hospital expenses $
  2. Total Doctor expenses $
  3. Total chiropractic expenses $
  4. Total physical therapy expenses $
  5. Total other expenses (describe) $
                                                     Subtotal $
B. Documented lost wages and compensation to date $
C. Documented property damages to date $
D. Reasonably anticipated future medical and hospital expenses $
E. Reasonably anticipated lost wages $
F. Other documented items of damages (describe) $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe) $

Total $

CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s): DEFENDANTS FAILED AND/OR REFUSED TO PAY COMMISSIONS TO PLAINTIFF, WHICH WERE EARNED, DUE, AND OWING, FOLLOWING HIS TERMINATION OF EMPLOYMENT.
                                                     TOTAL $28,638.47

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."
Signature of Attorney of Record _____  Date: 5/26/09
A.O.S.C. 3-2007