UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CORBETT,<br><br>                Plaintiff,<br><br>v.<br><br>RED HAWK INDUSTRIES, LLC f/k/a<br>BARRY SECURITY SYSTEMS, INC.,<br>RAHUL GHAI, individually and<br>HAROLD FOLSOM, individually,<br><br>                Defendants. | CIVIL ACTION NO. _____ |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Red Hawk Industries, LLC ("Red Hawk"), states as follows:

1. Red Hawk's parent corporation is UTC Fire & Security Corporation ("UTC"). Other than UTC, no other company owns ten percent or more of Red Hawk's stock.

2. UTC Fire & Security Corporation's parent corporation is United Technologies Corporation. Other than United Technologies Corporation, no other publicly held company owns ten percent or more of UTC Fire & Security Corporation's stock.

3. United Technologies Corporation has no parent corporation, and no publicly held company owns ten percent or more of United Technologies Corporation's stock.

-2-

Respectfully submitted,

DEFENDANT,
RED HAWK INDUSTRIES, LLC

By its attorneys,

_____
Kristin G. McGurn
Daniel B. Klein
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Phone: (617) 946-4800
Fax: (617) 790-6748
kmcgurn@seyfarth.com
dklein@seyfarth.com

DATED:  July 8, 2009

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on July 8, 2009, I served a true copy of the Rule 7.1 Corporate Disclosure Statement on Plaintiff's counsel, Todd J. Bennett, at Corrigan, Bennett & Belfort, P.C., 24 Thorndike Street, Suite 300, Cambridge, MA 02141, via facsimile and first-class mail, postage prepaid.

_____
Daniel B. Klein