UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN CORBETT,<br><br>      Plaintiff,<br>v.<br><br>RED HAWK INDUSTRIES, LLC f/k/a<br>BARRY SECURITY SYSTEMS, INC.,<br>RAHUL GHAI, individually and<br>HAROLD FOLSOM, individually,<br><br>      Defendants. | CIVIL ACTION NO. 09-CV-11159-PBS |

## NOTICE OF DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiff, John Corbett ("Plaintiff"), hereby voluntarily dismisses the above-captioned action with prejudice and without costs or interest to any party. All rights of appeal are hereby waived.

                Respectfully submitted,

                PLAINTIFF
                JOHN CORBETT,

                By his attorneys,

                /s/ Todd J. Bennett
                Todd J. Bennett
                Corrigan, Bennett & Belfort, P.C.
                24 Thorndike Street, Suite 300
                Cambridge, MA 02141
                Phone: (617) 557-8800
                Fax: (617) 577-8811
                tbennett@corbenbel.com

                Dated: October 21, 2009

## CERTIFICATE OF SERVICE

    I, Todd J. Bennett, hereby certify that on October 21, 2009, I served a true copy of the Notice of Dismissal on Defendants' counsel, Daniel B. Klein, Seyfarth Shaw LLP, 2 Seaport Lane, Suite 300, Boston, MA 02210, via first-class mail, postage prepaid.

                                                     /s/ Todd J. Bennett
                                                     Todd J. Bennett

BO1 15995071.1